Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re __John B. Ceasar__ ,                                    Case No. _08-14306_
          Debtor

                                                             Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _68.50_      Check one ☐   With the filing of the petition, or
                              ☒   On or before _6/25/08_

    $ _68.50_      on or before _7/24/08_  7/3/08   JRC

    $ _68.50_      on or before _8/21/08_  8/4/08   JBC

    $ _68.50_      on or before _9/20/08_  9/14/08  JBC

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____        _John B. Ceasar_  _6/4/08_
Signature of Attorney        Date            Signature of Debtor        Date
                                             (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                             _____   _____
                                             Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 0 4 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re __John B Ceasar__ ,
              Debtor

Case No. __08-14306__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐        IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐        IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐   With the filing of the petition, or
                                 ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐        IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: **JUN 0 4 2008**

_____
Kenneth S. Gardner, Clerk of the Court