### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ceasar, John B

Printed: 9/23/08

Case Number: 08 B 14306
Judge: Hollis, Pamela S
Filed: 6/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: August 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                    | Receipts | Disbursements |
|--------------------|----------|---------------|
|                    | 0.00     |               |
| Secured:           |          | 0.00          |
| Unsecured:         |          | 0.00          |
| Priority:          |          | 0.00          |
| Administrative:    |          | 0.00          |
| Trustee Fee:       |          | 0.00          |
| Other Funds:       |          | 0.00          |
| Totals:            | 0.00     | 0.00          |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---------------|------|-----------|--------------|
| 1. Home Loan Services | Secured | 0.00 | 0.00 |
| 2. Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. Home Loan Services | Secured | 35,000.00 | 0.00 |
| 5. Cavalry Portfolio Services | Unsecured | 9,140.05 | 0.00 |
|  |  | $ 44,140.05 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
|          | $ 0.00     |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

